UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL P. MARTIN,

        Plaintiff,

   against

MTH HOLDINGS, INC.,

        Defendant.

---

08 Civ. 8116 (CM)

NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 41(A), ~~pursuant~~ plaintiff hereby withdraws this action without prejudice, no answer having yet been filed herein.

Dated: December 12, 2008
      New York, New York

THE LAW OFFICE OF
RONALD J. MYSLIWIEC

by _____

1740 Broadway, 22nd Floor
New York, NY 10019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/08